UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-cv-00111-KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| BERNICE M STARRETT et al., | |
| Defendants. | |

        In this action to reduce to judgment outstanding federal tax liabilities and foreclose on federal tax liens on real property located in Shasta County and Madera County, California, plaintiff United States filed a motion for leave to file a first amended complaint on June 11, 2020. Mot., ECF No. 22. Defendants did not file an opposition. Plaintiff seeks leave to amend its complaint based on a letter it received from defendant Flagstar, Mot., Ex. 2, ECF No. 22-2, as well as "subsequent research on the relevant mortgage entities' mergers and consolidation," which led plaintiff to learn that "the proper party to be named that may claim an interest in the Shasta Property pursuant to 26 U.S.C. § 7403(b) is NewRez rather than Flagstar." Mot. at 3. Good cause appearing, the court hereby GRANTS plaintiff's motion and VACATES the July 24, 2020 hearing. Plaintiff SHALL file the first amended complaint attached as Exhibit 1 to its motion within seven (7) days of this order.

1

1         The Clerk of Court is directed to amend the docket as necessary to reflect the change in defendants.

        This order resolves ECF No. 22.

        IT IS SO ORDERED.

DATED: July 21, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE